Brian K. ASHBA, Appellant–Defendant,

v.

STATE of Indiana, Appellee–Plaintiff.

No. 06A01–0310–CR–383.

Court of Appeals of Indiana.

Dec. 1, 2004.

### *ORDER*

The Court notes that its opinion in *Brian K. Ashba v. State of Indiana* was correctly electronically transferred to the Clerk's office but incorrectly forwarded as a hard copy to West.

Therefore, the Court directs that the opinion as reported in 808 N.E.2d 670 (Ind.App.2004) be vacated and the attached opinion shall be substituted and published. (816 N.E.2d 862).